UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

KAREEM BROWN,

           Defendant.

CASE NO.: 23 Mag. 7337 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, March 12, 2024 at 4:30 pm** on the Court's conference line.  The parties, including Mr. Brown, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           February 21, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**