USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- : 23-MJ-7337 (VEC)
: 24-CR-___
KAREEM BROWN, :
: ORDER
Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 22, 2024, the parties requested that the Court schedule an arraignment and plea conference for Mr. Brown; and

WHEREAS the parties informed the Court that Mr. Brown intends to waive an indictment and plans to plead guilty to the charges in the Information.

IT IS HEREBY ORDERED that Mr. Brown's arraignment and plea conference will be held on **Thursday, March 28, 2024 at 2:30 P.M.** The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: March 25, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**