USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

KAREEM BROWN,

                         Defendant.

------------------------------------------------------------X

23-MG-7337 (VEC)
24-CR-___

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 4, 2024, the parties requested that the Court schedule an arraignment and plea conference for Mr. Brown; and

WHEREAS the parties informed the Court that Mr. Brown intends to waive an indictment and plans to plead guilty to the charges in the Information.

IT IS HEREBY ORDERED that Mr. Brown's arraignment and plea conference will be held on **Tuesday, April 9, 2024 at 10:45 A.M.** The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: April 4, 2024**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**